John E. Walker, SBN: 166270
E-Mail: jwalker@sacrowalker.com
Jennifer Yu Sacro, SBN: 208988
E-Mail: jsacro@sacrowalker.com
SACRO & WALKER LLP
700 North Brand Boulevard, Suite 610
Glendale, California 91203
Tel.: (818) 721-9597; Fax: (818) 721-9670

Attorneys for Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KKMB, LLC., WEST BANK and NADIA SHOUBASH KORT, individually and as the Representative of the ESTATE OF NOURA SHOUBASH,<br><br>　　　　Defendants. | **Case No. CV 20-210-GW-JPRx**<br><br>**JUDGMENT** |

The Court, having granted summary judgment on the disputed interpleader claims to Defendants KKMB, LLC ("KKMB") and West Bank and having granted Plaintiff The Prudential Insurance Company of America's ("Prudential") Motion for Discharge and for Reasonable Attorney's Fees, and good cause appearing therefore, it is hereby ordered, adjudged and decreed as follows:

1. Defendant KKMB is the sole owner and beneficiary of Prudential insurance policy #V2023959 (the "Policy"). Defendant West Bank, as KKMB's assignee, is entitled to receive the remaining interpleaded funds on deposit with the Court Clerk less Prudential's reasonable attorney's fees and costs, as set forth in paragraph two (2) below.

2. Prudential is entitled to an award of reasonable attorney's fees totaling $9,705 and $765.90 in costs, for a grand total of $10,470.90. The $10,470.90 to which Prudential is entitled shall be distributed by the Clerk of the Court by check made payable to 'd'Arcambal Ousley & Cuyler Burk."

3. After distributing Prudential's $10,470.90 in reasonable attorney's fees and costs, the Court Clerk shall distribute the balance on deposit with the Court Clerk by Check or Wire Transfer to West Bank by such method and to such payee as West Bank may request.

4. Judgment is entered against Defendant Nadia Shoubash Kort ("Kort"), individually and as the representative of the Estate of Noura Shoubash Kort, on Prudential's interpleader complaint.

5. Defendant Kort is ordered to pay Defendant West Bank (as KKMB's assignee), $10,470.90 comprising reimbursement to Defendant West Bank for the reasonable attorney's fees and costs being distributed to Prudential from the remaining interpleaded funds on deposit with the Court Clerk. Accordingly, Defendant West Bank is entitled to a judgment against Defendant Kort in the amount of $10,470.90.

1        6.    Prudential is hereby discharged and dismissed from this action with prejudice. The Court hereby enjoins each Defendant in this case, and any person claiming by, through or under them, from instituting or prosecuting any suit or proceeding or any action or actions in any State court or Federal court against Prudential, or any of its agents, on account of or relating to the Policy death benefits.

      7.    This order shall be deemed a final judgment in accordance with Fed. R. Civ. P. 54(b), there being no just reason for delay.

Dated: November 17, 2020

_____
Honorable George H. Wu
United States District Judge